# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131905

STELLA SIDUN,
          Plaintiff-Appellant,

v                                                    SC: 131905
                                                     COA: 264581
                                                     Court of Claims: 04-000240-MT

WAYNE COUNTY TREASURER,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the defendant's efforts to provide notice satisfied due process, in light of *Jones v Flowers*, 547 US 220; 126 S Ct 1708; 164 L Ed 2d 415 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

d0905